UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw, Chief Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RAFAEL ORLANDO RAMIREZ-BARILLAS, <br> Defendant. | Case No. 18CR4696-DMS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTIONS HEARING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing in the above-entitled matter shall be continued from November 10, 2022 at 11:00 a.m. to **January 13, 2023 at 11:00 a.m.** For the reasons set forth in joint motion, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: _11/07/22_

Honorable Dana M. Sabraw
United States District Chief Judge